GREENBERG TRAURIG, LLP
PAUL J. SCHUMACHER (SBN 114146)
schumacherp@gtlaw.com
SCOTT E. RAHN (SBN 222528)
rahns@gtlaw.com
ROBERT HERRINGTON (SBN 234417)
herringtonr@gtlaw.com
1840 CENTURY PARK EAST, STE. 1900
Los Angeles, CA 90067
Tel: (310) 586-7700; Fax: (310) 586-7800

Attorneys for Defendants Citigroup Global Markets Inc.
and Morgan Stanley Smith Barney LLC

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS, INC.; MORGAN STANLEY SMITH BARNEY, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV12-813 JVS (ANx)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Courtroom: 10C<br>Judge: Hon. James V. Selna<br>Date Filed: May 18, 2012<br>Trial Date: None |

1  On April 8, 2013, at 1:30 p.m., in Courtroom No. 10C in the United States District
2  Court, Central District, Southern Division, located at 411 West Fourth Street, Santa Ana,
3  CA 92701, before the Honorable James V. Selna, the Motion of Defendants Citigroup
4  Global Markets, Inc. (Citigroup), and Morgan Stanley Smith Barney, LLC (MSSB),
5  (collectively, "Defendants") to Dismiss the Third Amended Complaint pursuant to Fed.
6  R. Civ. P. 12 (b)(6) (the "Motion") came on regularly for hearing.  Appearances were as
7  noted in the record.

8  The Court, having considered all papers filed in support of and in opposition to the
9  Motion, materials subject to judicial notice as well as oral argument of counsel, and for
10 GOOD CAUSE shown, grants Defendants' Motion to Dismiss in its entirety.

11 Accordingly,

## O R D E R

13 IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss is GRANTED
14 in its entirety, and Plaintiffs' Third Amended Complaint is DISMISSED in its entirety
15 with prejudice.

DATED:  April 10, 2013

_____
The Honorable James V. Selna
United States District Judge

- 1 –
[PROPOSED] ORDER GRANTING MOTION TO DISMISS
LA 130762906v1